

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
OF TEXAS
...TY FOR
...TE USE

RETURNED TO SENDER

PRESORTED FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 78701 $ 000.27⁵
02 1W
0001401623 JUN. 12. 2015

6/10/2(
Johns...                Glen     Tr. Ct. No. 1377006

COA No. 14-14-00209-CR
PD-0396-15

The ap... e petition for discretionary review has this day been received
and fil...

Abel Acosta, Clerk

JONATHAN GLEN JOHNSON
- TDC# 01943739

UTF

Bench warrant